# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LESLIE DAWN EAGLE, et al.,<br><br>         Petitioners,<br><br>vs.<br><br>YERINGTON PAIUTE TRIBE, et al.,<br><br>         Respondents. | 3:06-cv-00563-LRH-RAM<br>(Base File)<br><br>ORDER |

These consolidated habeas matters under 25 U.S.C. § 1303 come before the Court for initial review under Habeas Rule 4. The filing fees for both petitioners have been paid. Following upon said review, service will be ordered. The Court anticipates setting a telephone status conference shortly after issue has been fully joined. Due to the relatively short duration of the sentences on the convictions being challenged, the Court is seeking to resolve this matter as promptly as possible. Extension of the deadlines established herein accordingly should be sought only in extraordinary circumstances.

IT THEREFORE IS ORDERED that petitioner shall serve respondents with a copy of the two amended petitions, their attachments, and this order.

IT FURTHER IS ORDERED that respondents shall have thirty (30) days from service within which to answer, or otherwise respond to, the two amended petitions, including by motion to dismiss. If an answer is filed, respondents shall comply with Rule 5 of the Rules Governing Section 2254 Cases with regard to any pertinent record materials not previously filed with the amended petitions.

1 | IT FURTHER IS ORDERED that petitioner shall have twenty (20) days from service of the answer, motion to dismiss, or other response to file a reply or opposition.

DATED this 7th day of March, 2007.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE