# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LESLIE DAWN EAGLE, et al.,<br><br>    Petitioners,<br><br>vs.<br><br>YERINGTON PAIUTE TRIBE, et al.,<br><br>    Respondents. | 3:06-cv-00563-LRH-RAM<br>(Base File)<br><br>ORDER |

In reviewing the issues presented on the merits in this matter, the Court has not been able to locate a copy in the file of the provision under which petitioner was convicted, which is referenced as Yerington Paiute Tribe Law and Order Code 5-50-020 and is stated to be a prohibition against criminal child abuse.

IT THEREFORE IS ORDERED that, within fifteen (15) days of entry of this order, respondents shall file a supplemental exhibit setting forth the provision under which petitioner was convicted.

DATED this 11th day of June, 2007.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE