# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LESLIE DAWN EAGLE,<br><br>    *Petitioner*,<br><br>vs.<br><br>YERINGTON PAIUTE TRIBE, *et al.*<br><br>    *Respondents*. | 3:06-cv-00563-LRH-RAM<br>(Base File)<br><br>ORDER |

Review of the file reflects that the respondents have not complied with the Court's prior order (#33) directing respondents to file a supplemental exhibit setting forth the provision under which petitioner Leslie Dawn Eagle was convicted.

IT THEREFORE IS ORDERED that, within fifteen (15) days of entry of this order, respondents shall comply with the Court's prior order (#33).

DATED this 10th day of August, 2007.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE