AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\*\*\*\*\*\_\_\_\_ DISTRICT OF \_\_NEVADA\_\_

LESLIE DAWN EAGLE,

      Petitioner,      JUDGMENT IN A CIVIL CASE

V.

    CASE NUMBER: **3:06-cv-00563-LRH-RAM**
    (Base File)

YERINGTON PAIUTE TRIBE, et al.,

      Respondents.

\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the petition for writ of habeas corpus (Document #12) is DENIED on the merits, and this matter is DISMISSED with prejudice. Final judgment is in favor of respondent and against petitioner.

  July 14, 2008                                 **LANCE S. WILSON**
                                                                    Clerk

                                                              /s/ Katie Lynn Ogden
                                                                    Deputy Clerk